UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
STERLING FOREST, LLC,

            Plaintiff,

    -against-

THE VILLAGE OF TUXEDO PARK, THE VILLAGE
BOARD OF THE VILLAGE OF TUXEDO PARK,
DAVID C. McFADDEN, individually and in
his official capacity as Mayor of the
Village Of Tuxedo Park, CHRISTOPHER HANSEN,
Individually and in his official capacity
as a Village Trustee, OLIVER PARKER,
Individually and in his official capacity
as a Village Trustee, RUSSELL VERNON,
Individually and in his official capacity
as a Village Trustee, NANCY HAYS,
Individually and in her official capacity
as a Village Trustee, and RICHARD MORROW,
individually and in his official capacity
as Superintendent of Public Works of the
Village of Tuxedo Park,

            Defendants.
-------------------------------------------------x

**07 CIV. 3176**

Case No. _____

**Rule 7.1 Statement**

WP4

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, STERLING FOREST, LLC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Zurich Financial Services, Mythenquai 2, P.O. Box 8022. Zürich, Switzerland.

Dated:     Newburgh, New York
           April 18, 2007

                    Respectfully submitted,

                    DRAKE, LOEB, HELLER, KENNEDY, GOGERTY,
                    GABA & RODD, PLLC.

                    _____
                    By: STEPHEN J. GABA, ESQ., SJG-3160
                    555 HUDSON VALLEY AVE., SUITE 100
                    New Windsor, New York 12550
                    Tel. No.: (845) 561-0550