**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

April 23, 2007

**SCHEDULING ORDER**
07CV3176(WP4)(LMS)

Stephen Joseph Gaba
Drake, Loeb, Heller, Kennedy, Gogerty, Gaba & Rodd, PLLC
555 Hudson Valley Avenue Suite 100
New Windsor, NY 12550

APR 2 3 2007

The matter of **STERLING FOREST-V-TUXEDO PARK** has been scheduled for a conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on June 14, 2007 at 10:00AM in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**

**Please notify all other parties of this schedule**

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: /s/ Lisa Margaret Smith

Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____