UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
STERLING FOREST, LLC,

                                                 07 CIV 3176(WP4) (LMS)

        Plaintiff,

                                                 <u>**RETURN OF SERVICE**</u>

   -against-

THE VILLAGE OF TUXEDO PARK, THE VILLAGE
BOARD OF THE VILLAGE OF TUXEDO PARK,
DAVID C. McFADDEN, individually and in
his official capacity as Mayor of the
Village Of Tuxedo Park, CHRISTOPHER HANSEN,
Individually and in his official capacity
as a Village Trustee, OLIVER PARKER,
Individually and in his official capacity
as a Village Trustee, RUSSELL VERNON,
Individually and in his official capacity
as a Village Trustee, NANCY HAYS,
Individually and in her official capacity
as a Village Trustee, and RICHARD MORROW,
individually and in his official capacity
as Superintendent of Public Works of the
Village of Tuxedo Park,

                      Defendants.
------------------------------------------X

    Service of the Summons and Complaint in the above-captioned action upon the following defendants is hereby acknowledged and accepted by counsel for the said defendants, Roemer, Wallens & Mineaux, LLP:

THE VILLAGE OF TUXEDO PARK, THE VILLAGE BOARD OF THE VILLAGE OF
TUXEDO PARK, DAVID C. McFADDEN, individually and in
his official capacity as Mayor of the Village Of Tuxedo Park,
CHRISTOPHER HANSEN, Individually and in his official capacity as
a Village Trustee, and OLIVER PARKER, Individually and in his
official capacity as a Village Trustee

SJG                          01095.49608                    21516

Dated:    Albany, New York
          April 30, 2007

                    Yours, etc.,

                    ROEMER, WALLENS & MINEAUX, LLP

                    _____
                    By: James W. Roemer, Jr., ESQ.,
                    13 Columbia Circle
                    Albany, New York 12203
                    Tel. No.: (518) 464-1300


TO:   DRAKE, LOEB, HELLER, KENNEDY, GOGERTY
         GABA & RODD, PLLC
      *Attorneys for Plaintiff,*
      555 Hudson Valley Avenue, Suite 100
      New Windsor, New York 12553
      Tel. No.: (845) 561-0550