# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: **07 CIV. 3176**

Plaintiff/Petitioner: **STERLING FOREST, LLC**

Defendant/Respondent: **THE VILLAGE OF TUXEDO PARK, ET AL**

STATE OF NEW YORK
COUNTY OF ORANGE    ss.:

**CATHERINE EDWARDS**, The undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen years and not a party to this action. I reside within the State of New York and that;

On **05/04/2007** at **2:58 PM**, I served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT** on **NANCY HAYS** at **4 CLIFF ROAD, Tuxedo Park, NY 10987** in the manner indicated below:

☑ **INDIVIDUAL**: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Gray | 50-64 | 5'4"-5'8" | 130-159lbs |
| Other features: | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this ___ day of May, 2007
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

TARA GENTILE
Notary Public, State Of New York
Qualified In Orange County
Registration # 01GE6090838
Commission Expires April 21, 2011

X _____
CATHERINE EDWARDS
American-Process-Servers.com, Inc.
1662 Route 300, Suite 153
Newburgh, NY 12550
800.791.5872
Atty File#:  Our Job#: 17464