UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STERLING FOREST, LLC,

                Plaintiff,                    **RETURN OF SERVICE**

  -against-                                  07 CIV 3176(WP4) (LMS)

THE VILLAGE OF TUXEDO PARK, THE VILLAGE
BOARD OF THE VILLAGE OF TUXEDO PARK,
DAVID C. McFADDEN, individually and in
his official capacity as Mayor of the
Village Of Tuxedo Park, CHRISTOPHER HANSEN,
Individually and in his official capacity
as a Village Trustee, OLIVER PARKER,
Individually and in his official capacity
as a Village Trustee, RUSSELL VERNON,
Individually and in his official capacity
as a Village Trustee, NANCY HAYS,
Individually and in her official capacity
as a Village Trustee, and RICHARD MORROW,
individually and in his official capacity
as Superintendent of Public Works of the
Village of Tuxedo Park,

                Defendants.
------------------------------------------------------------------X

    Service of the Summons and Complaint in the above-captioned action upon the following defendant is hereby acknowledged and accepted by counsel for the said defendant, Roemer, Wallens & Mineaux, LLP:

    RUSSELL VERNON, Individually and in his official capacity as a Village Trustee.

Dated: Albany, New York
       May 29th, 2007

                            Yours, etc.,

                            ROEMER, WALLENS & MINEAUX, LLP

                            By: James W. Roemer, Jr., ESQ.,
                            13 Columbia Circle
                            Albany, New York 12203
                            Tel. No.: (518) 464-1300

TO:   DRAKE, LOEB, HELLER, KENNEDY, GOGERTY
       GABA & RODD, PLLC
      *Attorneys for Plaintiff*
      555 Hudson Valley Avenue, Suite 100
      New Windsor, New York 12553
      Tel. No.: (845) 561-0550