UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STERLING FOREST, LLC, | CERTIFICATE OF SERVICE |
| Plaintiff, | Case No.: 07-CV-3176 |
| -against- |  |
| THE VILLAGE OF TUXEDO PARK, THE VILLAGE BOARD OF THE VILLAGE OF TUXEDO PARK, DAVID C. MCFADDEN, individually and in his official capacity as Mayor of the Village of Tuxedo Park, CHRISTOPHER HANSEN, Individually and in his official capacity as a Village Trustee, OLIVER PARKER, Individually and in his official capacity as a Village Trustee, RUSSELL VERNON, Individually and in his official capacity as a Village Trustee, NANCY HAYS, Individually and in her official capacity as a Village Trustee , and RICHARD MORROW, Individually and in his official capacity as Superintendent of Public Works of the Village of Tuxedo Park, |  |
| Defendants. |  |

    I hereby certify that on June 25, 2007, I electronically filed the **Answer** with the Clerk of the District Court using the EM/ECF system, which sent notification of such filing to the following:

    1.    Stephen Joseph Gaba
           Drake, Loeb, Heller, Kennedy,
            Gogerty, Gaba & Rodd, LLC
           555 Hudson Valley Avenue
           Suite 100
           New Windsor, NY 12553

                                                    _s/_____
                                                    Amanda Davis Twinam, Esq.