**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
Sterling Forest, LLC


                    Plaintiffs,            NOTICE OF ASSIGNMENT

          -V-                              07-cv-3176 (KMK)(LMS)


The Village of Tuxedo Park, et al

                    Defendants.
------------------------------------X
```

     Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

          HON. Kenneth M. Karas

     All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

     The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

                              J. Michael McMahon, CLERK

                         by: _____
                                     Deputy Clerk

DATE: 8/6/07


DESIGNATED TO MAGISTRATE JUDGE: Lisa Margaret Smith
CC:  Attorneys of Record
WP ASSIGNMENT FORM



Data Quality Control                              Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD