# Roemer Wallens & Mineaux LLP
Counsellors at Law

January 24, 2008

Court Clerk
U.S. District Court
U.S. Courthouse
300 Quarropas Street
White Plains, New York   10601

RE:   **Sterling Forest, LLC v. The Village of Tuxedo Park, et al.**
      **Case No.:  07-CV-3176**
      **Our File No.:  TUXEDO.070142**

Dear Sir/Madam:

It is necessary that I adjourn the conference in this matter that is scheduled for February 7, 2008 at 2:00 p.m. without date.  After I have contacted my client and the opposing counsel, I will call your office to reschedule.

Thank you for your kind consideration.

Very truly yours,

Roemer Wallens & Mineaux LLP

Matthew J. Kelly

MJK/ps
cc:  Drake, Loeb, Heller, Kennedy,
     Gogerty, Gaba & Rodd, PLLC
     555 Hudson Valley Avenue, Suite 100
     New Windsor, New York 12553

13 Columbia Circle
Albany, New York  12203

Ph.  518.464.1300 Ext. 312
Fx.  518.464.1010

jkelly@rwmattys.com