UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STERLING FOREST, LLC,

                      Plaintiff,

      -against-

THE VILLAGE OF TUXEDO PARK,
THE VILLAGE BOARD OF THE VILLAGE
OF TUXEDO PARK, DAVID C. McFADDEN,
individually and in his official capacity as Mayor of
the Village Of Tuxedo Park, CHRISTOPHER HANSEN,
Individually and in his official capacity as a Village Trustee,
OLIVER PARKER, Individually and in his official capacity
as a Village Trustee, RUSSELL VERNON, Individually
and in his official capacity as a Village Trustee,
NANCY HAYS, Individually and in her official capacity
as a Village Trustee, and RICHARD MORROW,
individually and in his official capacity as Superintendent
of Public Works of the Village of Tuxedo Park,

                      Defendants.
------------------------------------------------------------------X

**STIPULATION
DISCONTINUING ACTION**

07 CIV 3176

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for their respective parties hereto, that the above-captioned action is hereby discontinued in its entirety, with prejudice, and without costs.

Dated: May 7, 2008

_____
DRAKE, LOEB, HELLER, KENNEDY,
GOGERTY, GABA & RODD, PLLC
*Attorneys for Petitioner*
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: (845) 561-0550

_____
ROEMER, WALLENS & MINEAUX, LLP
*Attorneys for Respondents*
13 Columbia Circle
Albany, New York 12203
Tel. No.: (518) 464-1300

June 2, 2008
White Plains, NY

So Ordered:

_____
U.S.D.J.